# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS E. HUMPHREY,<br><br>Defendant. | PO-24-5069-GF-JTJ<br><br>VIOLATION:<br>E2029978<br>Location Code: M13<br><br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $55 fine and $30 processing fee for violation E2029978 (for a total of $85), and for good cause shown, **IT IS ORDERED** that the $85 fine paid by the defendant is accepted as a full adjudication of violation E2029978.

**IT IS FURTHER ORDERED** that violation E2029978 is **DISMISSED.**

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 20, 2024, is **VACATED.**

DATED this 19th day of September, 2024.

_____
John Johnston
United States Magistrate Judge